B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Ricky Kyle Sturm, Sr.**     Case No. _____

Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> **Ally Financial** | **Describe Property Securing Debt:** <br> **2007 Jeep Liberty with unknown miles located at debtor's estranged wife's residence - this vehicle is for her sole use and benefit and she makes all required payments. TN Tag# 400SHY** |
|---|---|

Property will be (check one):
    ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain **Co-owner will retain collateral and continue to make payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt       ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> **Capital One - Bankruptcy Notice** | **Describe Property Securing Debt:** <br> **2010 Yamaha VStar 650 with approximately 2,200+ miles located at debtors residence. TN Tag#: 0ZR705** |
|---|---|

Property will be (check one):
    ■ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt       ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Vanderbilt Mortgage** | **Describe Property Securing Debt:**<br>**2009 Clayton doublewide and approximately 1/2 acre located at 428 Bill Bennett Rd., Johnson City, TN 37604** |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other.  Explain __**Debtor will retain collateral and continue to make payments**__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Auto Finance** | **Describe Property Securing Debt:**<br>**2002 Nissan Xterra with approximately 130,000+ miles located at debtors residence. TN Tag#: A5699A - this vehicle is jointly owned with debtor's estranged non-filing spouse.** |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other.  Explain __**Debtor will retain collateral and continue to make payments**__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __**September 26, 2013**__    Signature __**/s/ Ricky Kyle Sturm, Sr.**__
                      **Ricky Kyle Sturm, Sr.**
                      Debtor

# United States Bankruptcy Court
### Eastern District of Tennessee

| In re | Ricky Kyle Sturm, Sr. | Case No. | |
|---|---|---|---|
| | Debtor(s) | Chapter | 7 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2013, a copy of Chapter 7 Individual Debtors Statement of Intention was served electronically or by regular United States mail to the United States Trustee, Chapter 7 Trustee and all creditors listed below.

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Capital One - Bankruptcy Notice
P.O. Box 30285
Salt Lake City, UT 84130-0285

Vanderbilt Mortgage
500 Alcoa Trail
Maryville, TN 37804

Wells Fargo Auto Finance
P.O. Box 29704
Phoenix, AZ 85038-9704

/s/ D. Stephen Duncan
D. Stephen Duncan 012623
Law Office of D. Stephen Duncan
P.O. Box 1848
Johnson City, TN 37605-1848
423-926-1357 Fax:423-929-3245
sduncan@duncanlawfirm.com